Under the principles laid down in the discussion of the second defense interposed to the first cause of action, the demurrer to the second defense of partial justification must be sustained; and for the reasons stated in considering the demurrers to the similar defenses interposed to the first and second causes of action the demurrer to the third, fourth, and fifth defenses in mitigation of damages must be sustained.

Costs are awarded plaintiff, with leave, however, to defendant to serve an amended answer upon payment of costs.

---

(71 Misc. Rep. 18.)

### HEARST v. RIDDER.

(Supreme Court, Special Term, New York County. February, 1911.)

LIBEL AND SLANDER (§ 95*)—ACTION—DEFENSES.

　　In a libel action, the naked allegation of the belief of the truth of the alleged libelous charge, unsupported by the statement of a single fact upon which such belief is based, does not state a defense in mitigation of damages.

[Ed. Note.—For other cases, see Libel and Slander, Cent. Dig. § 227; Dec. Dig. § 95.*]

·Action by William Randolph Hearst against Herman Ridder. On demurrers to defenses. Demurrers sustained. Affirmed 129 N. Y. Supp. 1126.

Clarence J. Shearn, for plaintiff.
Amend & Amend, for defendant.

GREENBAUM, J. The questions raised by the demurrers to the various defenses in this action are, except as to the fifth defense to each of the three causes of action alleged, similar to those discussed in the opinion in Hearst v. New Yorker Staats Zeitung, 129 N. Y. S. 1089. In this defense, which is pleaded in mitigation of damages, it is alleged:

"That the defendant had no notice or knowledge that the publication complained of was false, and it was published without malice and in the belief and with reasonable cause to believe that the same and each and every part thereof was true."

I am of the opinion that the naked allegation of the belief in the truth of a libelous charge, unsupported by the statement of a single fact or circumstance upon which such belief is based, is insufficient to constitute a defense in mitigation of damages, and that the demurrers to these defenses should accordingly be sustained.

Demurrers sustained.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date. & Rep'r Indexes